# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA BUNEVITCH,** | : |
| | : |
| **Plaintiff** | **CIVIL ACTION NO. 3:13-2683** |
| | : |
| **v.** | |
| | :    **(MANNION, D.J.)** |
| **JUDGE THOMAS J. MUNLEY,** | **(CARLSON, M.J.)** |
| | : |
| **Defendant** | : |

# O R D E R

In light of the memorandum issued this day, **IT IS HEREBY ORDERED THAT** the report and recommendation of Judge Carlson, (Doc. No. 3), is **ADOPTED** in its entirety and the plaintiff's complaint, (Doc. No. 1), is **DISMISSED**. The Clerk is directed to close the case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2683-01-order.wpd